Judge David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON HINDMAN<br><br>Defendant. | NO. CR23-5062DGE<br><br>UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES<br><br>NOTE ON MOTION CALENDAR:<br><br>August 21, 2023 |

The United States hereby seeks an order from this Court permitting the United States to file a Response to Motion to Dismiss Count, Dkt 33 in excess of the twelve-page limitation prescribed in CrR 12(c)(6) of the Local Rules of the United States District Court for the Western District of Washington. Specifically, the United States seeks the Court's approval to file a Response that is up to 31 pages in length.

Motion to File Excess Pages - 1
*United States v. Jason Hindman*/CR23-5062DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  The United States seeks this authorization because the response requires the
2  government to address detailed evidence and legal issues, requiring excess pages.
3  DATED this 21st day of August, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 s/ Marci L. Ellsworth
MARCI L. ELLSWORTH
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
Fax: 253-428-3836
Email:  Marci.Ellsworth@usdoj.gov

Motion to File Excess Pages - 2
*United States v. Jason Hindman*/CR23-5062DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800